Snowden, for appellees George W. Blackwell et al. Henry C. Ferguson, for appellee Ida Williams; Heber T. Dotson, William H. Haynes and Richard E. Westbrooks, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Hercules Novelty Company, Inc., appellee, v. Lightner Publishing Corporation and Carroll E. Vetterick, appellants. Gen. No. 38,730.

Opinion filed May 11, 1936.

Kane, Northup, Rathbun & Ash, for appellants. Sugarman & Rothmann and Krohn & MacDonald, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Sterling Cleaners and Dyers, Inc., et al., petitioners, v. The Circuit Court of Cook County and Benjamin P. Epstein, respondents. Gen. No. 38,486.

Opinion filed May 13, 1936.

Irving Breakstone, Martin J. McNally and Pines, Stein & Beber, for appellants; Alvin E. Stein, Alfred Broady and William Rosenthal, of counsel. Lavin & Jaffe, for appellees; Maurice Walk, William Jaffe, George S. Lavin and Ira S. Kolb, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Cleaning and Dyeing Plant Owners Association of Chicago et al., appellees, v. Edward A. Fink and Peacock Cleaners and Dyers, Ltd., appellants. Gen. No. 38,496.

Opinion filed May 13, 1936.

Irving Breakstone, for appellants. Lavin & Jaffe, for appellees; George S. Lavin, William Jaffe and Ira S. Kolb, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Cleaning and Dyeing Plant Owners Association of Chicago et al., appellees, v. Edward A. Fink and Peacock Cleaners and Dyers, Ltd., appellants. Gen. No. 38,497.

Opinion filed May 13, 1936.

Irving Breakstone, for appellants. Lavin & Jaffe, for appellees; George S. Lavin, William Jaffe and Ira S. Kolb, of counsel.

Mr. Justice Hebel delivered the opinion of the court.